# EXHIBIT 2



# DECLARATION IMPOSING ADDITIONAL RESTRICTIONS AND PROHIBITIONS UNDER DARE COUNTY STATE OF EMERGENCY DECLARATION FOR COVID-19

**WHEREAS,** on March 16, 2020, Dare County declared a State of Emergency due to the unprecedented public health threat posed by COVID-19, a life threatening communicable disease that has been found in North Carolina; and

**WHEREAS,** Dare County declared additional restrictions and prohibitions effective at 2 PM on March 17, 2020 prohibiting mass gatherings and prohibiting the entry of non-resident visitors; and

**WHEREAS,** the Dare County Control Group met and were apprised by the Dare County Public Health Director that additional restrictions and prohibitions are necessary to protect public health and safety from COVID-19.

**NOW, THEREFORE**, pursuant to the authority vested in me as the Chairman of the Dare County Board of Commissioners pursuant to Article 1A of Chapter 166A of the North Carolina General Statutes and Chapter 92 – Emergency Management of the Dare County Code of Ordinances, the following restrictions and prohibitions are hereby imposed:

**Section 1:** All previous restrictions and prohibitions previously imposed remain in effect, including the prohibition on mass gatherings and the entry of non-resident visitors.

**Section 2:** The entry of non-resident property owners is prohibited.

Pursuant to N.C.G.S. 166A-19.31, a violation of any of the restrictions and prohibitions imposed under this declaration is punishable as a Class 2 misdemeanor in accordance with G.S. 14-288.20A.

I hereby order this declaration: (a) to be distributed to the news media and other organizations calculated to bring its contents to the attention of the general public; (b) to be filed with Clerk to the Dare County Board of Commissioners and (c) to be distributed to others as necessary to ensure proper implementation of this declaration.

This declaration shall take effect on March 20, 2020, at 10 PM, and shall remain in effect until modified or rescinded.

**DECLARED:**

*[signature]*

Chairman, Dare County Board of Commissioners

ATTEST: *[signature]* Cheryl C. Anby

Dare County Clerk to the Dare County Board of Commissioners