# EXHIBIT 4



# DECLARATION AMENDING ADDITIONAL RESTRICTIONS AND PROHIBITIONS UNDER DARE COUNTY STATE OF EMERGENCY DECLARATION FOR COVID-19

**WHEREAS,** a State of Emergency was declared by the Governor of North Carolina on March 10, 2020; and,

**WHEREAS,** on March 16, 2020, Dare County declared a State of Emergency due to the unprecedented public health threat posed by COVID-19, a life threatening communicable disease that has been found in North Carolina; and,

**WHEREAS**, Dare County declared additional restrictions and prohibitions effective at 2 p.m. on March 17, 2020 prohibiting mass gatherings and prohibiting the entry of non-resident visitors; and,

**WHEREAS**, Dare County declared additional restrictions and prohibitions effective at 10 p.m. on March 20, 2020 prohibiting the entry of non-resident property owners; and,

**WHEREAS,** Dare County declared additional restrictions and prohibitions effective at 5 p.m. on March 28, 2020 implementing Stay Home, Stay Healthy restrictions and prohibitions; and,

**WHEREAS,** the Governor of North Carolina issued Executive Order NO. 121 on March 27 2020 implementing a statewide stay at home order and strategic directions for North Carolina in response to increasing COVID-19 cases; and,

**WHEREAS,** the Dare County Control Group has determined Executive Order NO. 121 will mitigate the spread of COVID-19 in Dare County; and,

**WHEREAS,** the Dare County Control Group determined that the effective dates set by Executive Order NO. 121 shall be applied to all prohibitions and restrictions in Dare County including the entry of non-resident visitors and non-resident property owners.

**NOW, THEREFORE,** pursuant to the authority vested in me as the Chairman of the Dare County Board of Commissioners pursuant to Article IA of Chapter 166A of the North Carolina General Statutes and Chapter 92 - Emergency Management of the Dare County Code of Ordinances, and with the consents of Mayors of the Towns of Duck, Southern Shores, Kitty Hawk, Kill Devil Hills, Nags Head and the Manteo Mayors designee, the following restrictions and prohibitions are hereby imposed in all of incorporated and unincorporated Dare County:

**Section 1:** All previous restrictions and prohibitions previously imposed remain in effect, including the entry of non-resident visitors, the entry of non-resident property owners, the prohibition on mass gatherings of 10 people, and the Stay Home, Stay Heathy order.

**Section 2: The** Governor's stay at home order issued on March 27, 2020 shall be followed in Dare County. To the extent there are differences, whether more or less restrictive, the Governor's order shall control.

Pursuant to N.C.G.S. 166A-19.31, a violation of any of the restrictions and prohibitions imposed under this declaration is punishable as a Class 2 misdemeanor in accordance with G.S. 14-288.20A.

I hereby order this declaration: (a) to be distributed to the news media and other organizations calculated to bring its contents to the attention of the general public; (b) to be filed with Clerk to the

Dare County Board of Commissioners and (c) to be distributed to others as necessary to ensure proper implementation of this declaration.

This declaration is effective immediately and shall remain in effect until April 30, 2020 at 11:59 p.m. unless modified, extended or rescinded.

**DECLARED:**

*[signature]*

Chairman, Dare County Board of Commissioners

**ATTEST:**

*[signature: Cheryl C. Anby]*

Dare County Clerk to the Dare County Board of Commissioners