# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| John P. Bailey, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-20 |
| County of Dare, North Carolina | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John P. Bailey, Paul W. Michael, Jr., Sheryl S. Michael, E. Thompson Brown, Todd A. & Babette Edgar .

Date: 04/07/2020

/s/ S. C. Kitchen
*Attorney's signature*

S. C. Kitchen, NC # 9309
*Printed name and bar number*

Kitchen & Turrentine, PLLC
920-C Paverstone Dr.
Raleigh, NC  27615
*Address*

ckitchen@ktlawnc.com
*E-mail address*

(888) 308-3708
*Telephone number*

(888) 308-3614
*FAX number*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 2: 20-cv-20

| | | |
|---|---|---|
| John P. Bailey, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| County of Dare, North Carolina | ) | |
| | ) | |
| | ) | |

I hereby certify that on April 7, 2020, a copy of Notice of Appearance was served upon the following person(s) by first class mail:

County of Dare, North Carolina
c/o Robert L. Outten
County Attorney
P.O. Box 1000
Manteo, NC 27954

KITCHEN & TURRENTINE, PLLC

/s/ S. C. Kitchen
N.C. Bar No. 9309
920-C Paverstone Dr.
Raleigh, NC 27615
Email: ckitchen@ktlawnc.com
Phone: (888) 308-3708
Fax: (888) 308-3614