# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 2:20-cv-20

| | |
|---|---|
| John P. Bailey, et al. | ) |
| Plaintiff(s), | ) |
| | ) |
| vs | ) |
| | ) |
| County of Dare, North Carolina | ) |
| Defendant(s). | ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

John P. Bailey   who is  plaintiff ,
(name of party)           (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ○        NO ●

2. Does party have any parent corporations?

    YES ○        NO ●

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ○        NO ●

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ◯   NO ●

If yes, identify entity and nature of interest:

5. Is party a trade association?

YES ◯   NO ●

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: /s/ John P. Bailey

Date: 4/7/2020