IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civil Action No. 2:20-cv-20-FL

| | |
|---|---|
| JOHN P. BAILEY,<br>PAUL W. MICHAEL, JR. and wife,<br>SHERYL S. MICHAEL,<br>E. THOMPSON BROWN,<br>TODD A. EDGAR and wife,<br>BABETTE S. EDGAR,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF DARE, NORTH CAROLINA,<br><br>    Defendant. | **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

NOW COMES the defendant, by and through counsel, and, pursuant to Local Rule 6.1, moves for an extension of time, up and through May 27, 2020, to respond to Plaintiffs' Complaint (D.E. 1) as well as Plaintiffs' Motion for Preliminary Injunction (D.E. 11).

In support of this motion, the defendant shows the Court as follows:

1.   Defendant received the Complaint in this action on April 15, 2020 (see D.E. 10, Proof of Service), and Defendant has up and through May 6, 2020, to respond to the Complaint.

2.   Defendant received Plaintiffs' Motion for a Preliminary Injunction (D.E. 11) on April 23, 2020, and Defendant has up and through May 14, 2020, to respond to said motion.

3.   Counsel for Defendant communicated with counsel for the Plaintiffs on April 29, 2020, and the Plaintiffs consent to this extension.

4.   Good cause exists for the Court to grant this extension.

5. This case was selected for mediation on April 21, 2020, and the parties have settled on a mediator and will be submitting the name of that mediator to the Court shortly. The parties are currently engaged in settlement discussions, which may affect the substance of Defendant's responses and/or the necessity for the filing thereof. An extension would aid those discussions.

WHEREFORE, the defendant respectfully requests that this Court grant an extension of time, up and through May 27, 2020, for the defendant to respond to Plaintiffs' Complaint and Plaintiffs' Motion for a Preliminary Injunction.

Respectfully submitted this the 29th day of April, 2020.

/s/ *Brian F. Castro*
Christopher J. Geis
N.C. Bar No. 25523
Brian F. Castro
N.C. Bar No. 53412
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: (336) 721-3600
Fax: (336) 721-3660
Email: Chris.Geis@wbd-us.com
Email: Brian.Castro@wbd-us.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2020, I electronically filed the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of Court using the CM/ECF system, which will send notice to the following CM/ECF participant:

S.C. Kitchen
N.C. Bar No. 9309
920-C Paverston Dr.
Raleigh, NC 27615
Email: ckitchen@ktlawnc.com
Phone: (888) 308-3708
Fax: (888) 308-3614

*Attorney for Plaintiffs*

/s/ *Brian F. Castro*
Brian F. Castro
N.C. Bar No. 53412
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: (336) 721-3600
Fax: (336) 721-3660
Email: Brian.Castro@wbd-us.com

*Attorney for Defendant*

3