IN THE UNITED STATE DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:20-cv-20

| | | |
|---|---|---|
| JOHN P. BAILEY,<br>PAUL W. MICHAEL, JR. and wife,<br>SHERYL S. MICHAEL,<br>E. THOMPSON BROWN,<br>TODD A. EDGAR and wife,<br>BABETTE S. EDGAR, | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | SELECTION OF MEDIATOR |
| COUNTY OF DARE, NORTH CAROLINA, | )<br>)<br>) | |
| Defendant. | )<br>) | |

NOW COME the Plaintiffs, John P. Bailey, Paul W. Michael, Jr. and wife, Sheryl S. Michael, E. Thompson Brown, Todd A. Edgar and wife, Babette S. Edgar, and the Defendant, County of Dare, North Carolina, by and through their undersigned counsels, pursuant to Local Civil Rule 101.1c, and say:

1. The parties hereto agree and select the following mediator in this matter:

Judge Robert N. Hunter, Jr. (ret.)
Higgins Benjamin, PLLC
301 N. Elm St., Suite 800
Greensboro, N.C. 27401
Telephone: 336/273-1600
Facsimile: 336/274-4650
rnhunterjr@greensborolaw.com

2. The rate of compensation is agreed by the parties and the mediator to be $ 400/hr.

-2-

3. Judge Hunter has applied for appointment to the Court's list of certified mediators. He is certified by the North Carolina Dispute Resolution Commission. He has further agreed to be bound by all provisions of the ADR Rules of this Court, including submission to the jurisdiction of the Court for disciplinary purposes.

Respectfully submitted, this the 6th day of May, 2020.

/s/ S. C. Kitchen
S. C. Kitchen
KITCHEN & TURRENTINE, PLLC
920-C Paverstone Dr.
Raleigh, NC 27615
Email: ckitchen@ktlawnc.com
Phone: (888) 308-3708
Fax: (888) 308-3614
N.C. Bar No. 9309

Attorney for Plaintiffs


/s/ Christopher J. Geis (signed by permission)
Christopher J. Geis
N.C. Bar No. 25523
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: (336) 721-3600
Fax: (336) 721-3660
Email: Chris.Geis@wbd-us.com

Attorney for Defendant

-3-

CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2020, a copy of the Selection of Mediator was served upon the following person by first class mail:

Judge Robert N. Hunter, Jr.
Higgins Benjamin, PLLC
301 N. Elm St., Suite 800
Greensboro, N.C. 27401

/s/ S. C. Kitchen
S. C. Kitchen
KITCHEN & TURRENTINE, PLLC
920-C Paverstone Dr.
Raleigh, NC 27615
Email: ckitchen@ktlawnc.com
Phone: (888) 308-3708
Fax: (888) 308-3614
N.C. Bar No. 9309