IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civil Action No. 2:20-cv-20-FL

| | |
|---|---|
| JOHN P. BAILEY,<br>PAUL W. MICHAEL, JR. and wife,<br>SHERYL S. MICHAEL,<br>E. THOMPSON BROWN,<br>TODD A. EDGAR and wife,<br>BABETTE S. EDGAR,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF DARE, NORTH CAROLINA,<br><br>    Defendant. | **ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME** |

Pursuant to Defendant's Second Motion for Extension of Time to Respond to Plaintiffs' Complaint and Plaintiffs' Motion for Preliminary Injunction, it is hereby ordered that Defendant County of Dare, North Carolina, may have up and through June 27, 2020, to respond to Plaintiffs' Complaint (D.E. 1) and Plaintiffs' Motion for Preliminary Injunction (D.E. 11).

SO ORDERED this the 26th day of May, 2020.

_____
U.S. DISTRICT COURT JUDGE