IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:20-CV-20-FL

| | |
|---|---|
| JOHN P. BAILEY, PAUL W. MICHAEL, JR., SHERYL S. MICHAEL, E. THOMPSON BROWN, TODD A. EDGAR, and BABETTE S. EDGAR,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF DARE, NORTH CAROLINA,<br><br>　　　　Defendant. | ORDER |

This matter comes before the court on report of mediator. (DE 18). Mediation between the parties was held June 18, 2020, resulting in complete settlement of the case. Stipulation of dismissal is anticipated to be filed on or before August 31, 2020, or as soon as certain predicates occur. The matter is stayed pending consummation of settlement. If no stipulation of dismissal is filed in advance, a settlement status report shall be filed August 31, 2020.

SO ORDERED, this the 26th day of June, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge